**Jose Luis MEDINA–LARA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 13–70491.

United States Court of Appeals, Ninth Circuit.

Aug. 25, 2014.

Jose Luis Medina–Lara, Tacoma, WA, pro se.

Devin T. Theriot–Orr, Gibbs Houston Pauw, Lori Kathleen Walls, Washington Immigration Defense Group, Seattle, WA, for Plaintiff.

OIL, Brendan Paul Hogan, Esquire, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Agency No. A079–361–360.

Before: NOONAN, HAWKINS, and CHRISTEN, Circuit Judges.

ORDER

For reasons to be set forth in a disposition which will follow in due course, we grant Medina–Lara's petition for review because the government did not meet its burden to show that his California convictions constitute predicate offenses for purposes of removability under 8 U.S.C. § 1227(a)(2). We, therefore, order the United States to release Medina–Lara from custody immediately.

**SO ORDERED.**